UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:22CV-143-JHM

*Filed Electronically*

ROBERT SKINNER                                                                                            PLAINTIFF

v.

HOPKINS COUNTY JAIL, ET AL                                                                    DEFENDANTS

## NOTICE OF REMOVAL

Defendants Hopkins County Jail and Mike Lewis ("Defendants") hereby remove this action to this Court pursuant to 28 U.S.C. §1331, 28 U.S.C. §1441, and 28 U.S.C. §1446 and in support thereof, states as follows:

1.  A civil action was filed on September 20, 2022, and is now pending in the Circuit Court of Hopkins County, Kentucky, Civil Action No. 22-CI-559, in which Robert Skinner ("Plaintiff") is the plaintiff and Hopkins County Jail and Mike Lewis are the defendants. Mike Lewis was served with the summons and complaint on September 22, 2022.

2.  Therefore, this Notice of Removal is filed with this Court within thirty (30) days of receipt of the Complaint as required by 28 U.S.C. §1446(b).

3.  This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §1331 because it arises under the Due Process Clause of the Fourth and Fourteenth Amendments of the United States Constitution.

4.  This Court has supplemental jurisdiction pursuant to 28 U.S.C. §1367(a) over the Plaintiff's alleged state law claims for "conspiracy, negligence, conversion, fraud and violations

of the Kentucky Constitution" [Complaint, p. 2] because such claims for part of the same case or controversy as those claims for which this Court has original jurisdiction.

5.  Without waiving any defense as to same, all defendants properly joined and served in the filed action consent to removal as required by 28 U.S.C. § 1446(b)(2)(A).

6.  Copies of all process, pleadings and orders served upon the Defendants in this action are attached hereto as **Exhibit A** pursuant to 28 U.S.C. §1446(a).

7.  The Defendants have not yet moved, pled, or otherwise answered Plaintiff's complaint.

8.  A true and accurate copy of this Notice of Removal will be filed with the clerk of the Hopkins Circuit Court and will be provided to Plaintiff as required by 28 U.S.C. §1446(d).

WHEREFORE, defendants Hopkins County Jail and Mike Lewis request that the Court enter this case on its docket and entertain such further proceedings herein as may be proper and authorized by law.

*/s/ Harold Mac Johns*
HAROLD MAC JOHNS
ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
12 Public Square; P.O. Box 746
Elkton, KY 42220
Telephone: (270) 265-2912
Facsimile: (270) 265-2054
Email: mjohns@elpolaw.com
*Attorney for the Defendants*

TYLER L. GILL
ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
P.O. Box 746
Elkton, Kentucky 42220
Telephone: (270) 265-2912
Facsimile: (270) 265-2054
tgill@elpolaw.com
*Co-Counsel*

- 3 -

        JOYE BETH SPINKS
        ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
        1101 College Street; P.O. Box 770
        Bowling Green, KY 42102-0770
        Telephone: (270) 781-6500
        Facsimile: (270) 782-7782
        Email: jspinks@elpolaw.com
        *Co-Counsel*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 10, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system; filed an electronic notice with the clerk of the Hopkins Circuit Court, and that I transmitted a copy of the foregoing by U.S. Mail to the following:

Robert Skinner
Roederer Correctional Complex
P.O. Box 69
LaGrange, KY 40031

        */s/ Harold Mac Johns*
        HAROLD MAC JOHNS